## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2025, I caused a true and correct copy of the foregoing

to be served on the following parties by First Class Mail and/or Email as indicated below:

By Mail and Email:

Thomas C. Crumplar
**JACOBS & CRUMPLAR, P.A.**
10 Corporate Circle
Suite 301
New Castle DE 19720-2418
Tel. (302) 656-5445
tom@jcdelaw.com

Nicholas Mindicino, Esq.
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue
11th Floor
New York, NY 10017
Nmindicino@NapoliLaw.com

*Attorneys for Plaintiffs*

By Mail:

EIDP, INC.
f/k/a E.I. du Pont de Nemours and Company
974 Centre Road, Wilmington, Delaware 19805

THE CHEMOURS COMPANY
1007 Market Street
Wilmington, Delaware 19899

THE CHEMOURS COMPANY FC, LLC
1007 Market Street
Wilmington, Delaware 19899

CORTEVA, INC.
974 Centre Road, Wilmington,
Delaware 19805

1

RLF1 32414278v.1

DUPONT DE NEMOURS INC.
f/k/a DowDuPont, Inc.
974 Centre Road
Wilmington, Delaware 19805

HONEYWELL INTERNATIONAL, INC.
f/k/a Allied Signal Inc.
855 S. Mint St.
Charlotte, North Carolina 28202

W. L. GORE ASSOCIATES, INC.
555 Paper Mill Road
Newark, Delaware 19711

AGC CHEMICALS AMERICAS, INC.
55 East Uwchlan Avenue, Suite 201
Exton, Pennsylvania 19341

ARCHROMA U.S., INC.
5435 77 Center Drive,
Charlotte, North Carolina 28217

ARKEMA INC.
900 First Avenue
King of Prussia, Pennsylvania 19406

BASF CORPORATION
100 Park Avenue,
Florham Park, New Jersey 07932

CLARIANT CORPORATION
4000 Monroe Road,
Charlotte, North Carolina 28205

DAIKIN AMERICA INC.
20 Olympic Dr, Orangeburg,
New York 10962

SOLVAY SPECIALTY POLYMERS USA, LLC
4500 McGinnis Ferry Rd.
Alpharetta, Georgia 30005

*Defendants*

Dated: February 14, 2025              */s/ Kelly E. Farnan*
                                        Kelly E. Farnan

2

RLF1 32414278v.1